UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKHAIL MOISEEV, | ) |
| | ) |
| Petitioner, | ) Case No. C11-1491-MJP |
| | ) |
| v. | ) **ORDER OF DISMISSAL** |
| | ) |
| NATHALIE A. ASHER, Field Office Director, *et al.*, | ) |
| | ) |
| Respondents. | ) |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return Memorandum and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)   The Court adopts the Report and Recommendation;

(2)   Respondents' motion to dismiss (Dkt. No. 11) is **GRANTED**, and this action is **DISMISSED** with prejudice;

(3)   The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 10th day of February, 2011.

ORDER OR DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Marsha J. Pechman
United States District Judge

ORDER OR DISMISSAL - 2